**Order entered April 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00049-CV

## IN RE MICHAEL LYNN SIMS, Relator

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17022**

## ORDER

The Court has before it relator's April 1, 2013 motion for rehearing. The Court **DENIES** the motion.

/s/    JIM MOSELEY
         JUSTICE